# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC,<br>   Plaintiff,<br><br>v.<br><br>BROADCOM INC.<br>   Defendant | Civil Action: 2:24-cv-00980-JRG<br>LEAD CASE |

## UNOPPOSED MOTION FOR A 28-DAY STAY OF ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Touchpoint Projection Innovations, LLC respectfully notifies the Court that Plaintiff and Defendant Broadcom Inc. have reached a settlement in principle. The Parties, however, require additional time to finalize the agreement and corresponding settlement documents.

The Parties, therefore, respectfully request that the Court stay all pending motions, actions and deadlines for twenty-eight (28) days, up to and including April 2, 2025, while the Parties work to finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but to allow for continued efforts toward an orderly resolution of this lawsuit. Plaintiff has conferred with counsel for Defendant Broadcom, Inc. and Defendant does not oppose the present motion.

Dated: March 5, 2025

Respectfully submitted,

/s/ *Randall Garteiser*
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties are in agreement with this unopposed stay.

*/s/ Randall Garteiser*
Randall Garteiser
