# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-CV-00980-JRG |
| v. | § § | (LEAD CASE) |
| BROADCOM INC., | § § | |
| *Defendant*. | § | |
| TOUCHPOINT PROJECTION INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-CV-00982-JRG |
| v. | § § | (MEMBER CASE) |
| ZSCALER, INC., | § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for a 28-Day Stay of All Pending Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Touchpoint Projection Innovations, LLC ("Plaintiff"). (Dkt. No. 11.) In the Motion, Plaintiff states that it has "reached a settlement in principle" with Defendant Zscaler, Inc. (*Id*. at 1.) Plaintiff requests that the Court stay the above-captioned Member Case for twenty-eight (28) days "while the Parties work to finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss." (*Id*.) The Motion is unopposed. (*Id*. at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned Member Case shall be **STAYED** up to and including April 3, 2025, during which time appropriate dismissal papers shall be filed.

## So Ordered this

**Mar 10, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE