IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTION INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BROADCOM Inc.,**<br><br>Defendant | **Civil Action No. 2:24-cv-00980-JRG**<br>**LEAD CASE** |
| **TOUCHPOINT PROJECTION INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZSCALER, INC.,**<br><br>Defendant | **Civil Action No. 2:24-cv-00982-JRG**<br>**MEMBER CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Touchpoint Projections Innovations, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Zscaler, Inc. in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not filed either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: April 2, 2025                Respectfully submitted,

                                    /s/ *Randall Garteiser*
                                    Christopher A. Honea

        Texas Bar No. 24059967
        chonea@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

        */s/ Randall Garteiser*
        Randall Garteiser